UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ERIKA POCHE RODRIGUE                                    CIVIL ACTION

VERSUS                                                  NUMBER: 13-1814

CAROLYN W. COLVIN,                                      SECTION: "C"(5)
ACTING COMMISSIONER OF
SOCIAL SECURITY ADMINISTRATION

## ORDER

The Court, having considered the motions, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the Objection of the Plaintiff to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that Plaintiff's motion for summary judgment is denied and that Defendant's motion for summary judgment is granted.

New Orleans, Louisiana, this 2 day of July, 2014.

_____
UNITED STATES DISTRICT JUDGE